No. 858. Wilshire Oil Co., Inc. et al. *v.* United States et al. ▮ April 9, 1935. The Court desires counsel for the respective parties to file

briefs on or before April 25, 1935, upon the question whether the appeal described in the certificate presents any question other than whether the District Court committed an abuse of discretion in granting an interlocutory injunction. See *Alabama* v. *United States*, 279 U. S. 229; *United Drug Co.* v. *Washburn*, 284 U. S. 593; *Binford* v. *J. H. McLeaish & Co.*, 284 U. S. 598; *South Carolina Power Co.* v. *South Carolina Tax Comm'n*, 286 U. S. 525; *Ogden & Moffett Co.* v. *Michigan Public Utilities Comm'n*, 286 U. S. 525; *Langer* v. *Grandin Farmers Coöperative Elevator Co.*, 292 U. S. 605; *Baldwin* v. *G. A. F. Seelig, Inc.*, 293 U. S. 522. [See *ante*, p. 100.]